# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| METAL ONE AMERICA, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>               Defendants. | Court No. 21-00503<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, having filed this voluntary notice of dismissal, hereby requests to dismiss this action and those listed on the attached schedule.

Dated: August 31, 2023

Respectfully submitted,

 /s/ Adrienne Braumiller
Adrienne Braumiller
Attorney for Plaintiff
BRAUMILLER LAW GROUP, PLLC
5220 Spring Valley Road, Ste. 200
Dallas, Texas 75254
214-348-9306

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| **21-00503** | **METAL ONE AMERICA, INC.** | **2020-20-100655** | **113-8412118-9** |

Order of Dismissal

  This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by all parties having appeared in the action, are dismissed.

 Dated:

              Clerk, U. S. Court of International Trade


            By:_____
               Deputy Clerk

            (As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010)